UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOUIS ANTHONY LAGOIS,

            Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C14-475-MJP

**ORDER REVERSING AND REMANDING THE CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

    The Court having considered the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, hereby finds and **ORDERS**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The Commissioner's final decision is REVERSED and the case is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    (3)    On remand, the ALJ should further develop the record as necessary; consider the evidence throughout the entire relevant time period from March 17, 2004, through Mr. Lagois's date last insured, June 30, 2007; consider treating, examining, and non-examining medical source opinions throughout the relevant timer period and fashion a complete residual functional capacity ("RFC") finding; provide specific reasoning for the weight given to the opinion

1  evidence, discussing the evidentiary basis for conclusions along with an adequate rationale for
2  either accepting or rejecting probative medical opinions, and giving consideration to obtaining
3  medical expert testimony; include all unrejected limitations in the RFC; reassess steps four and
4  five with the assistance of a vocational expert, ensuring that the vocational expert is provided a
5  hypothetical that is consistent with the RFC ultimately found.

      (4)     The Clerk is directed to send copies of this Order the parties and to Judge Tsuchida.

DATED this 11th day of November, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER REVERSING AND REMANDING THE CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2